FILED
2021 May-19 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| DERRICK LYNN DEFOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:21-cv-00200-AKK-HNJ |
| B. CHADWICK WISE, Judge of Limestone County Circuit Court, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On March 15, 2021, the magistrate judge entered an order granting the plaintiff's motion to proceed *in forma pauperis*, ordering the plaintiff to pay an initial partial filing fee of $8.17, and directing the plaintiff to return a signed Prisoner Consent Form to the court within 30 days. (Doc. 9). The Order advised the plaintiff that the failure to comply could result in the dismissal of this action. (*Id*., at 2).

When the plaintiff failed to comply with or otherwise respond to that Order within the allotted time, the magistrate judge entered a report and recommendation on April 26, 2021, recommending this action be dismissed due to the plaintiff's failure to prosecute. (Doc. 10). The magistrate judge advised the plaintiff of his right to file objections to the report and recommendation within 14 days. That time has expired, and the plaintiff has failed to file objections or otherwise respond to the report and recommendation.

Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **DISMISSES** this action **WITHOUT PREJUDICE** due to the plaintiff's failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** the 19th day of May, 2021.

*[signature]*
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE

## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                    In Replying Give Number
Clerk of Court                                                                    of Case and Names of Parties

### NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) **REQUIRES** that <u>all</u> prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

                                                                David J. Smith
                                                                Clerk of Court

                                                                        PLRA Notice